**Order filed, January 7, 2015.**



In The

# Court of Appeals
### For The
# First District of Texas
_____

**NO. 01-14-00860-CV**

**JOSEPH W. PEINE, Appellant**

**V.**

**ELITE AIRFREIGHT, INC. AND ADVANCE LOGISTICS SERVICES, INC.,**
**Appellee**

---

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Case 2008-61097**

---

## ORDER

The reporter's record in this case was due December 16, 2014. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Amanda King, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 30 days** of the date of this order.


/s/ Russell Lloyd
    Acting individually